UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ANN HOLDER,            )
      PLAINTIFF,   )
                  )
VS.                    )
                  )
PROFESSIONAL BUREAU    )
OF COLLECTIONS, INC.   )       CASE NO. 2:07-CV-00282
      DEFENDANT. )

**NOTICE OF DISMISSAL**

Comes now, Plaintiff, by counsel, Michael P. McIlree, and files her Notice of Dismissal pursuant to FRCP 41(a)(1)(I) and requests that the Court dismiss the above action with prejudice, costs paid.


11-9-07                      /s/ Michael P. McIlree


Michael P. McIlree
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
mcilree1@aol.com